UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

---

In Re:
Walter G. Miller and Donna A. Miller
Social Security No.:
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 and 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
Address:
915 Split Rail Lane, Hillsborough, NC 27278-

Case No. 99-81339- -
Chapter 13

Debtor(s)

---

## CONSENT ORDER RESOLVING THE OBJECTION BY CHASE AUTOMOTIVE FINANCE CORP. TO CONFIRMATION OF THE DEBTORS' PLAN

Following the filing of an Objection by Chase Automotive Finance Corp. to Confirmation of the Debtors' proposed Chapter 13 plan, the Court, after considering this Objection, finds that the parties have agreed upon a resolution of this matter and that the Objection of Chase Automotive Finance Corp. may be denied in accordance with the terms of this Consent Order; therefore, by and with the consent of the parties, through their undersigned counsel, it is

ORDERED that the Objection of Chase Automotive Finance Corp. Is denied without prejudice subject to the terms hereinafter set forth; and it is further

ORDERED that the Debtors' 1998 Chevrolet Van, against which Chase Automotive Finance Corp. Has a secured interest, shall be valued in the amount of FIFTEEN THOUSAND, ONE HUNDRED AND TWENTY DOLLARS AND NO CENTS ($15,120.00); and it is further

ORDERED that the Chapter 13 Trustee shall adjust the Debtors' Chapter 13 plan payments to reflect this valuation.

Dated: NOV 0 1 1999

CATHARINE R. CARRUTHERS

Bankruptcy Judge

WE CONSENT:

*[signature]*

Edward C. Boltz
North Carolina State Bar No.: 23003
Attorney for the Debtors
6616-203 Six Forks Rd.
Raleigh, NC 27613
(919) 847-9750

This the 15th day of October, 1999.

*[signature]*

Gene B. Tarr
North Carolina State Bar No.: 11110
Attorney for Chase Automotive Finance Corp.
Post Office Drawer 25008
Winston-Salem NC 27114-5008
(336) 761-1250

This the 19th day of October, 1999.

NO OBJECTION:

*[signature]*

Richard M. Hutson, II
Chapter 13 Trustee
Post Office Box 3613
Durham, NC 27702-3613
(919) 688-8065

This the 26th day of October, 1999.

Case 99-81339   Doc 31   Filed 11/01/99   Page 2 of 3

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**In Re:** Walter G. Miller )
Donna A. Miller )
)
) Case Number: B-9981339   C-13D
Debtor(s) )

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on the below date, the undersigned Deputy Clerk served a copy of the Order by depositing the same, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known address as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

Walter G. Miller
Donna A. Miller
915 Split Rail Lane
Hillsborough, NC 27278

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
PO Box 3613
Durham, NC 27702

Gene B. Tarr, Esq.
PO Drawer 25008
Winston-Salem, NC 27114-5008

THIS ___ day of November 1999.

OFFICE OF THE CLERK

Sandy A. Davis
BY: _____
Deputy Clerk